**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-1099**

———————

CHARLAYNE A. CRAWFORD, Mother and Next Friend
of Victoria Crawford (a minor child),

                                    Plaintiff - Appellant,

        versus

BUNCOMBE COUNTY DEPARTMENT OF SOCIAL SERVICES,

                                    Defendant - Appellee.

———————

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville.  Lacy H. Thornburg,
District Judge.  (1:05-cv-0355)

———————

Submitted: June 15, 2006                Decided: June 19, 2006

———————

Before KING, SHEDD, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Charlayne A. Crawford, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charlayne A. Crawford appeals the district court's order dismissing her civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Crawford v. Buncombe County Dep't of Social Servs., No. 1:05-CV-355 (W.D.N.C. Jan. 11, 2006); Crawford v. Buncombe County Dep't of Social Servs., No. 1:05-CV-355 (W.D.N.C. Dec. 13, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED